# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAWN D. COCKRELL,<br><br>            Plaintiff,<br><br>v.<br><br>ALLSTATE PROPERTY AND<br>CASUALTY INSURANCE COMPANY,<br><br>            Defendant. | Case No.  CIV-15-794-R |

## ORDER

This matter is before the Court on Plaintiff's Motion for Order of Dismissal With Prejudice [Doc. No. 28].  Plaintiff's Motion is GRANTED and this matter is DISMISSED WITH PREJUDICE.  In light of this ruling, Defendant's Motion to Extend Deadlines [Doc. No. 25] is DENIED as moot.

IT IS SO ORDERED this 4th day of April, 2016.

*[signature]*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE